UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: 09-11406-8-JRL |
|---|---|
| ALA, INC., | CHAPTER 7 |
| DEBTOR | |

### OBJECTION TO CLAIM (VERIFIED), NOTICE THEREOF AND CERTIFICATE OF SERVICE

The undersigned Trustee objects to the following claim on the basis set forth and hereby gives notice to claimant of such objection:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR(CLAIMANT) | AMOUNT OF CLAIM | BASIS OF OBJECTION AND RELIEF REQUESTED |
|---|---|---|---|
| 7 | Ben Craven, Receiver, The Barnes Group of NC, Inc. c/o H. Arthur Bolick 2000 Renaissance Plaza P. O. Box 26000 Greensboro, NC 27420 | $289,033.95 | Claim filed as secured. Trustee did not liquidate or otherwise administer claimant's collateral. Request denial of claim unless unsecured deficiency claim filed within 30 days of the date of this objection. |

NOTICE IS HEREBY GIVEN to the creditor/claimant named above that if no response to the above objection is filed in writing with the CLERK, U.S. BANKRUPTCY COURT, P. O. BOX 1441, RALEIGH, NORTH CAROLINA 27602-1441, within THIRTY (30) DAYS of the date of this objection and notice, the relief requested by the Trustee herein may be granted without hearing or further notice. Any party desiring a hearing must request a hearing in writing with the above Clerk within the time herein set forth, otherwise, no hearing will be conducted unless the Court, in its discretion, directs that a hearing be set. If a hearing is

8480629

requested, such hearing will be conducted at a date, time and place to be later affixed by the Court and the parties requesting such hearing will be notified accordingly. Any party filing a response and requesting a hearing shall attend the hearing or costs may be assessed against him.

DATE OF OBJECTION AND NOTICE: October 12, 2010

_____
TRUSTEE IN BANKRUPTCY

STATE OF NORTH CAROLINA
COUNTY OF WAKE

HOLMES P. HARDEN, being duly sworn, deposes and says: That he is the duly appointed and acting trustee in bankruptcy for the above-captioned debtors' estate; that he has read the foregoing and knows the contents thereof, and that the same is true of his own knowledge, except as to the matters therein stated upon information and belief, and as to those matters he believes them to be true.

_____
Holmes P. Harden, Trustee

ACKNOWLEDGMENT

Johnston County, North Carolina

I certify that Holmes P. Harden personally appeared before me this the 12th day of October, 2010 acknowledging to me that he signed the foregoing document.

My commission expires: January 25, 2015

_____
Jennifer D. Johnson, Notary Public

8480629

## CERTIFICATE OF SERVICE

I, Holmes P. Harden, do hereby certify that the foregoing Trustee's Objection to Claim and Notice was served upon all parties of record as indicated below either by electronic service via the CM/ECF system or by mailing a copy thereof at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 12th day of October, 2010.

BY: */s/ Holmes P. Harden*
Holmes P. Harden
P. O. Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000

### *SERVED VIA CM/ECF*:

Marjorie K. Lynch
Bankruptcy Administrator's Office
marjorie_lynch@nceba.uscourts.gov

Douglas Q. Wickham
Attorney for ALA, Inc.
dqwickham@hatchlittlebunn.com

### *SERVED VIA US POSTAL SERVICE:*

Managing Agent
Ben Craven, Receiver, The Barnes Group of NC, Inc.
c/o H. Arthur Bolick
2000 Renaissance Plaza
P. O. Box 26000
Greensboro, NC 27420

8480629